# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**MICHAEL T. DEBRASKA, et al.,**
                Plaintiff(s),

v.  **Plaintiff's Motion for Restraining Order**
**Ex Parte Hearing**
Case No. 20-C-1321

**ONEIDA BUSINESS COMMITTEE, et al.,**
                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 4:42 p.m.
Proceeding Held: August 27, 2020      Time Concluded: 4:54 p.m.
Deputy Clerk: Cheryl      Tape: 082720

**Appearances:**

    **Plaintiff(s):**     Linda Dallas Pro se

    **Defendant(s):**     No Appearance

---

This case was filed late this afternoon. The complaint has not been served and the matter comes before the Court ex parte.

Linda Dallas appears for the plaintiffs and herself pro se. Ms. Dallas explains the basis of the restraining order. The Court inquires as to the Oneida election process. The Court explains that it can not grant relief at this time. The Court explains the criteria for a restraining order and the likelihood of success on the merits. The Court discusses tribal sovereignty.

The Court denies the motion for expedited relief and explains to Ms. Dallas how the case may proceed through the court.

Ms. Dallas and the Court discuss constitutional protections and other law that may or may not apply.

The Court informs Ms. Dallas that all plaintiffs must sign the complaint. Ms. Dallas will submit the other plaintiffs' signatures to the clerk. A signature page is sufficient rather than filing an amended complaint with the added signatures.